IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THERESA LOPEZ-GONZALES, *individually and on behalf of all others similarly situated,* | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:20-CV-061-Z-BQ |
| BROTHERS AND SON, *d/b/a The Plaza Restaurants*, et al. | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Theresa Lopez-Gonzales's "Unopposed Motion for Leave to Proceed Without Local Counsel." ECF No. 11. The Court **DENIES** Plaintiff's motion because local counsel designation is not required.

Northern District of Texas Local Rule 83.10(a) states that "local counsel is required in all cases where an attorney appearing in a case does not reside or maintain the attorney's principal office in this district." Plaintiff's lead counsel maintains his principal office in Fort Worth, Texas, which is located in this district. As such, the local counsel requirement does not apply to Plaintiff.[1]

**SO ORDERED.**

Dated: May 7, 2020

D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] Confusion sometimes arises over the rule's phrasing, which *defines* local counsel as "a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending." *Id.* But this requirement only comes into play where a party's counsel does not reside or maintain a principal office in the Northern District.

1