IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **THERESA LOPEZ-GONZALES, et al.**<br><br>*Plaintiffs,*<br><br>v.<br><br>**MARTIN RAMOS, and**<br>**JOSE RAMOS**<br><br>*Defendants.* | No. 2:20-cv-00061-Z-BQ<br><br><br>**JOINT STIPULATION OF DISMISSAL** |

THERESA LOPEZ-GONZALES, et al.("Plaintiffs") and MARTIN RAMOS, and JOSE RAMOS ("Defendants") jointly file this Joint Stipulation of Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and jointly enter the following stipulation of dismissal with prejudice:

The Parties hereby represent, stipulate, and announce to the Court that all claims, causes of action, and matter in controversy in this case by the Parties have been compromised and completely settled.

The Parties stipulate to dismissal with prejudice and all claims and causes of action asserted in this case by the Parties are dismissed with prejudice, with all costs, fees, and expenses taxed against the Party incurring same.

Respectfully jointly submitted,

By: */s/ Drew N. Herrmann*  
   Drew N. Herrmann  
   Texas Bar No. 24086523  
   drew@herrmannlaw.com  
   Pamela G. Herrmann  
   Texas Bar No. 24104030  
   pamela@herrmannlaw.com  

   **HERRMANN LAW, PLLC**  
   801 Cherry St., Suite 2365  
   Fort Worth, TX 76102  
   Phone: 817-479-9229  
   Fax: 817-840-5102  
   ATTORNEYS FOR PLAINTIFFS AND COLLECTIVE MEMBERS

By: */s/ Andrew R. Evans (with permission)*  
   Andrew R. Evans  
   Sbn 00796519  
   Andrew.Evans@Sprouselaw.Com  
   Christine C. Vizcaino  
   Sbn 24107390  
   Christine.Vizcaino@Sprouselaw.Com  

   SPROUSE SHRADER SMITH PLLC  
   701 S. Taylor, Suite 500 (79101)  
   P.O. Box 15008  
   Amarillo, Texas 79105  
   Phone: 806-468-3300  
   Fax: 806-373-3454 Fax  
   ATTORNEYS FOR DEFENDANTS